No. 94–1418. CHIAVOLA ET AL. *v.* VILLAGE OF OAKWOOD, MISSOURI, ET AL. Ct. App. Mo., Western Dist. Motion of American Planning Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–1437. CONOPCO, INC., DBA CHESEBROUGH-POND'S USA CO. *v.* MAY DEPARTMENT STORES CO. ET AL. C. A. Fed. Cir. Motions of Bristol-Myers Squibb Co., International Trademark Association, SmithKline Beecham Corp., Gerstman + Meyers, Inc., et al., and American Home Products Corp. et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.